

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/17/2020 01:30 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:19-bk-02772-JAF | 13 | 07/23/2019 |

**Chapter 13**

**DEBTOR:**         Stanley Butler

**DEBTOR ATTY:**   Carol Galloway

**TRUSTEE:**       Douglas Neway

**HEARING:**

RESCHEDULED Confirmation Hearing

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
RESCHEDULED Confirmation Hearing

 CONFIRMED ORD/TRUSTEE
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.